**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Alonda B. Desaussure, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2015-000137

---

**ON WRIT OF CERTIORARI**

---

Appeal from Charleston County
G. Thomas Cooper, Jr., Circuit Court Judge

---

Memorandum Opinion No. 2017-MO-022
Submitted November 15, 2017 – Filed November 22, 2017

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Laura Ruth Baer, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Justin James Hunter, both of Columbia, for Respondent.

---

**PER CURIAM:**  We granted a writ of certiorari to review the Post-Conviction Relief ("PCR") court's dismissal of Petitioner Alonda B. Desaussure's application for PCR.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, Acting Chief Justice, HEARN, FEW and JAMES, JJ., concur. BEATTY, C.J., not participating.**